In the Matter of the Probate of the Will of HENRY REIMERS, Deceased.

FRED ANTUSCH et al., Appellants; EDNA L. WEIGELT, Respondent.

(Submitted April 24, 1933; decided April 28, 1933.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 337.)

WELLINGTON KENWELL, Appellant, *v.* CLARENCE F. LEE, as Supervisor of the Town of Inlet, et al., Respondents.

(Submitted April 24, 1933; decided April 28, 1933.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 113.)